UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
KORAB STAFA,

                        Plaintiff,

-against-

SECRETARY ALEJANDRO MAYORKAS, et al.,

                        Defendants.
------------------------------------------------------------X

24 Civ. 551 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS on January 25, 2024, the Complaint for a Writ of Mandamus was filed. It is hereby

**ORDERED** that the Government shall, by **March 8, 2024**, file a memorandum in opposition to the petition for a writ of mandamus. The memorandum shall not exceed fifteen pages. Plaintiff shall, by **March 22, 2024**, file a reply memorandum that shall not exceed ten pages. The memoranda and other materials shall otherwise comply with the Court's Individual Rules.

Dated: February 9, 2024
       New York, New York

                                               LORNA G. SCHOFIELD
                                               UNITED STATES DISTRICT JUDGE