UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
KORAB STAFA,
                              Plaintiff,

               -against-                          24 Civ. 551 (LGS)

SECRETARY ALEJANDRO MAYORKAS, et al.,                ORDER

                            Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS the February 9, 2024, Order directed the Government to file its memorandum in opposition by March 8, 2024. The Government has not done so. It is hereby

**ORDERED** that the Government shall, by **March 15, 2024**, file a memorandum in opposition to the petition for a writ of mandamus. The memorandum shall not exceed fifteen pages. Plaintiff shall, by **March 29, 2024**, file a reply memorandum that shall not exceed ten pages. The memoranda and other materials shall otherwise comply with the Court's Individual Rules.

Dated: March 11, 2024
        New York, New York

                                                      LORNA G. SCHOFIELD
                                                   **UNITED STATES DISTRICT JUDGE**